IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-01423-WDM-CBS

EUGENE WIDEMAN JR.

      Plaintiff(s),

v.

STATE OF COLORADO, FAMILY ENFORCEMENT AGENCY PUEBLO COUNTY, COLORADO,

      Defendant(s).
_____

**ORDER**
_____

      In accordance with the October 23, 2007 mandate of the United States Court of Appeals, it is now ordered that the Clerk of the Court amend its judgment to dismiss this case without prejudice.

      DATED at Denver, Colorado on November 1, 2007

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States District Judge